# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
KATHRYN C. NEWMAN
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336
Fax: (702) 388-6020

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION |
| PLAINTIFF, | 2:11-cr-150-JCM-LRL |
| v. | **MOTION TO UNSEAL** |
| NEAL FOWLER | |
| DEFENDANT. | |

The United States, by and through its attorneys, Daniel G. Bogden, United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, hereby moves to unseal this case.

The Government initially moved to seal the case to assist with an on going investigation of the defendant's co-conspirators. The defendant and his co-conspirator have entered guilty pleas pursuant to Plea Agreements with the United States and been sentenced. The Government is not aware of any reason the case should remain sealed.

Dated this 13th day of September, 2011.

DANIEL G. BOGDEN
United States Attorney

KATHRYN C. NEWMAN
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ 9-14-11